KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
Velma K. Lim (SBN 111006)
vlim@kroloff.com
Jamie M. Bossuat (SBN 267458)
jbossuat@kroloff.com
7540 Shoreline Drive
Stockton, CA 95219
Telephone: (209) 478-2000
Facsimile:  (209) 478-0354

Attorneys for Defendants
KELLY OLMOS and
BETZON INCOROPORATED

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO BRANCH

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>vs.<br><br>KELLY OLMOS; BETZON INCORPORATED, a California Corporation, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. 2:15-CV-00192-GEB-CKD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED between plaintiff Scott Johnson and defendants Kelly Olmos and Betzon Incorporated, through their respective attorneys that the deadline for Kelly Olmos and Betzon Incorporated to file a responsive pleading shall be extended by thirty days to March 23, 2015. There have been no previous extensions of time in this action.

Dated: February 25, 2015             CENTER FOR DISABILITY ACCESS

                                     //s// *Phyl Grace [with permission]*

                                     PHYL GRACE
                                     Attorneys for Plaintiff
                                     SCOTT JOHNSON

////

////

---

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING AND ORDER     - 1 -     CASE NO. 2:15:-CV-00192-CEB-CKD

1  Dated:  February 25, 2015                KROLOFF, BELCHER, SMART,
2                                           PERRY & CHRISTOPHERSON

3                                           //s// *Velma K. Lim*

4                                           _____
                                            VELMA K. LIM
5                                           Attorneys for Defendants
                                            KELLY OLMOS and BETZON INCORPORATED
6

7                                    **ORDER**
8
   Upon consideration of foregoing stipulation between the parties,
9
   IT IS SO ORDERED.
10
   Dated:  February 25, 2015
11

12

13  _____
    GARLAND E. BURRELL, JR.
14  Senior United States District Judge